

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

September 26, 2025

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 11.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        September 26, 2025

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Tufano v. Social Security Administration,* 25 CV 6515 (PMH)

Dear Judge Halpern:

    This Office represents defendant Social Security Administration ("SSA") in this action recently removed from Westchester County Supreme Court. Plaintiff alleges that the SSA has wrongly denied his application for disability benefits in violation of his civil rights. Plaintiff also asserts that the SSA is liable for injuries arising from defendant The IMA Group's alleged negligent performance of his disability examination conducted on behalf of SSA.

    I write respectfully to request that SSA's time to file its motion to dismiss the complaint, currently due on September 29, be extended by four days, to October 3. The request is being made because this week I have been dealing with a family matter which has prevented me from finalizing the agency declaration and other motion papers. Defendant The IMA Group consents to the granting of this relief; Plaintiff has not responded to my request for consent. This is the first request for a modification of the briefing schedule.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:   */s/ Brandon Cowart*
    BRANDON H. COWART
    Assistant United States Attorney for the
    Southern District of New York
    Tele.: (212) 637-2693
    Email: brandon.cowart@usdoj.gov

cc:     Plaintiff (by FedEx)
        The IMA Group (by ECF)