UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK TUFANO,<br><br>      Plaintiff,<br><br>   -against-<br><br>SOCIAL SECURITY ADMINISTRATION,<br>et al.,<br><br>      Defendants. | **ORDER**<br><br>25-CV-06515 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On August 7, 2025, Defendant Social Security Administration ("SSA") removed this case from the Supreme Court of the State of New York, Westchester County. (Doc. 1). On August 13, 2025, Defendant SSA requested an extension of time, from August 14, 2025 to September 29, 2025, to respond to the Complaint, (Doc. 3), which the Court granted, (Doc. 4). On September 25, 2025, Defendant SSA again requested an extension of time, from September 29, 2025 to October 3, 2025, to respond to the Complaint, (Doc. 11), which the Court granted, (Doc. 12). The Court notes that, pursuant to Amended Standing Order M10-468 issued by Chief Judge Swain on October 2, 2025, this case was stayed for forty-three days. *See In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25-mc-00433-LTS (S.D.N.Y. Oct. 2, 2025). However, even in light of the stay, the time for Defendant SSA to answer or otherwise move with respect to the Complaint was November 17, 2025, which has long since passed.

Accordingly, Defendant SSA is directed to file a status update on or before June 8, 2026.

**SO ORDERED.**

Dated: June 1, 2026
    White Plains, New York

                      HON. PHILIP M. HALPERN
                      United States District Judge