UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK TUFANO,

                    Plaintiff,

        -against-

SOCIAL SECURITY ADMINISTRATION
and THE IMA GROUP,

                    Defendants.

Motion denied without prejudice for failure
to comply with this Court's Individual
Practices.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 17, 2026

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Defendant's Motion to Dismiss and for Summary Judgment; (ii) printed copies of all unreported decisions cited therein, (iii) Declaration of Lesha Cowell, dated June 16, 2026; (iv) the Declaration of Kadi Rowe, dated June 16, 2026; and (v) Declaration of Brandon Cowart, dated June 16, 2026; and (v) Defendant's Local Civil Rule 56.1 Statement of Undisputed Material Facts, defendant Social Security Administration will move this Court for dismissal of the above-captioned complaint under Federal Rules of Civil Procedure 12(b)(1) and 56.

Dated:  New York, New York
        June 16, 2026

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York
                                            *Attorney for Defendant Social*
                                            *Security Administration*


                                  By: /s/ *Brandon H. Cowart*
                                        BRANDON H. COWART
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone:  (212) 637-2693
                                        E-mail: brandon.cowart@usdoj.gov