

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Application denied as moot in light of the Court's June 17th Order denying the motion for failure to comply with the Court's Individual Practices.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 18, 2026

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *Tufano v. Social Security Administration,* 25 CV 6515 (PMH)

Dear Judge Halpern:

This Office represents defendant Social Security Administration ("SSA") in this action removed from Westchester County Supreme Court. Plaintiff alleges that the SSA has wrongly denied his application for disability benefits in violation of his constitutional rights. Plaintiff also asserts that the SSA is liable for injuries arising from defendant The IMA Group's alleged negligent performance of his disability examination conducted on behalf of SSA. During the process of filing the SSA's motion papers on June 16, 2026, the undersigned was unable to complete the filing all of the SSA's motion papers before midnight. As a result, although the notice of motion, the moving brief, and one declaration were timely filed, filing of the remaining papers was not completed until 12:05 a.m. We write respectfully to request that the Court accept the filing of these papers

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ *Brandon Cowart*
     BRANDON H. COWART
     Assistant United States Attorney
     Tel.: (212) 637-2693
     Email: brandon.cowart@usdoj.gov

cc:    Plaintiff (by FedEx)
       The IMA Group (by ECF)